**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The CIT Group/Consumer Finance, Inc., its assignees and/or successors-in-interest, )<br><br>Plaintiff,<br><br>vs.<br><br>Fred Hampton, Occupants and Parties-In-Possession,<br><br>Defendant(s). | No. CV-08-01951-PHX-LOA<br><br>**NOTICE OF ASSIGNMENT AND ORDER** |

      Pursuant to Local Rule ("LRCiv") 3.8(a), Rules of Practice, effective December 1, 2007, all civil cases are, and will be, randomly assigned to a U.S. district judge or to a U.S. magistrate judge. This matter has been assigned to the undersigned U.S. Magistrate Judge.

      As a result of the aforesaid Local Rule, if all parties consent in writing, the case will remain with the assigned magistrate judge pursuant to 28 U.S.C. 636(c)(1) for all purposes, including trial and final entry of judgment. If any party chooses the district judge option, the case will be randomly reassigned to a U.S. district judge.  To either consent  to the assigned magistrate judge or to elect to have the case heard before a district judge, the appropriate section of the form, entitled Consent To Exercise Of Jurisdiction By United  States Magistrate Judge[1], must be completed, signed and filed.

---

[1] The consent/election form may be obtained directly from the Clerk of the Court or by accessing the District of Arizona's web site at www.azd.uscourts.gov.  To find the consent/election form on the District's web site, click on "Local Rules" at the top of the page,

1 The party filing the case or removing it to this Court is responsible for serving all parties
2 with the consent forms. Each party must file a completed consent form and certificate of
3 service with the Clerk of the Court not later than 20 days after entry of appearance, and
4 must serve a copy by mail or hand delivery upon all parties of record in the case.

5 Any party is free to withhold consent to magistrate judge jurisdiction
6 without adverse consequences.  28 U.S.C. 636(c)(2); Rule 73(b), Fed.R.Civ.P.; *Anderson*
7 *v. Woodcreek Venture Ltd.*, 351 F.3d 911, 913-14 (9th Cir. 2003) (pointing out that
8 consent is the "touchstone of magistrate judge jurisdiction" under 28 U.S.C. §636(c).  "A
9 party to a federal civil case has, subject to some exceptions, a constitutional right to
10 proceed before an Article III judge."  *Dixon v. Ylst*, 990 F.2d 478, 479 (9th Cir. 1993)
11 (citing *Pacemaker Diagnostic Clinic of Am. Inc. v. Instromedix, Inc.*, 725 F.2d 537, 541
12 (9th Cir. 1984) (*en banc*)).

13 A review of the Court's file indicates that Defendant Fred Hampton filed an
14 Amended Notice of Removal on October 27, 2008. (docket #6)

15 Defendant Fred Hampton shall have until **Thursday, November 13, 2008**,
16 within which to make his selection to either consent to magistrate judge jurisdiction or
17 elect to proceed before a U. S. district judge.

18 Accordingly,

19 **IT IS ORDERED** that Defendant Fred Hampton shall file on or before
20 **Thursday, November 13, 2008** his written election to either consent to magistrate judge
21 jurisdiction or elect to proceed before a United States district judge.

22 **IT IS FURTHER ORDERED** that Plaintiff The Cit/GroupConsumer
23 Finance, Inc.,  shall either consent to proceed before a magistrate judge or elect  to
24 proceed before a district judge by **Thursday, November 13, 2008**.

25
26
27
28 then click on "forms" on the left side of the page and then click on and print the appropriate form.

- 2 -

**IT IS FURTHER ORDERED** that Defendant shall use proper capitalization in all future captions as mandated by LRCiv 7.1(a)(3).

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall hereinafter comply with the Rules of Practice for the United States District Court for the District of Arizona, as amended on December 1, 2007.  The District's Rules of Practice may be found on the District Court's internet web page at www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The fact that a party is acting pro se does not discharge this party's duties to "abide by the rules of the court in which he litigates." *Carter v. Commissioner of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986).

**IT IS FURTHER ORDERED** that counsel and any party, if unrepresented, shall use the above caption, number and initials until further order of the Court.

DATED this 28th day of October, 2008.

*/s/ Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge